**No. 49328.**—Protests 521441–G, etc., of Frye Mfg. Co. et al. (Des Moines, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.